UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Criminal No. 4:99-CR-34-1H
Civil No. 4:14-CV-229-H

| | |
|---|---|
| DUANE TRAVOEY WHITAKER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  ORDER |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 18 day of December, 2014.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE